110 A.3d 995

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony S. HASKINS, Petitioner.

No. 13 MM 2015.

Supreme Court of Pennsylvania.

Feb. 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of February, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Application for Extraordinary Relief is **DENIED.**